# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | §    CRIMINAL NO: |
| vs. | §    SA:20-CR-00273(6)-JKP |
| | § |
| (6) BASILIO GARCIA | § |

## ORDER RESETTING SENTENCING

    IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **SENTENCING** in Courtroom **B**, on the Second Floor of the United States Courthouse, 262 West Nueva, San Antonio, TX, on **Tuesday, February 01, 2022 at 02:00 PM**.

    IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

    IT IS SO ORDERED this 29th day of October, 2021.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE